14141. ATLANTIC COAST LINE RAILROAD COMPANY *v.* ROBINSON & REYNOLDS.

STEPHENS, J. Applying the law as laid down by this court in this case when a verdict and judgment for the defendant were set aside and a new trial ordered (28 *Ga. App.* 484, 112 S. E. 389), the trial court did not upon a second trial, where the evidence disclosed the same state of facts, err in directing a verdict for the plaintiff.

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED SEPTEMBER 22, 1923.

Action for damages; from Seminole superior court — Judge Worrill. October 18, 1922.

*Rich & Rawls, Pope & Bennet,* for plaintiff in error.

*W. L. Bryan,* contra.